# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DOUGLAS RICHEY, on behalf of himself and all others similarly situated,

Plaintiff(s),

vs.

AXON ENTERPRISES, INC., formerly d/b/a TASER INTERNATIONAL, INC.,

Defendant(s).

Case # 3:19-cv-00192

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____James Matthew Stephens_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Methvin, Terrell, Yancey, Stephens & Miller, P.C.
(firm name)

with offices at _____2201 Arlington Avenue South_____,
(street address)

_____Birmingham_____, _____Alabama_____, _____35205_____,
(city) (state) (zip code)

_____(205) 939-0199_____, _____mstephens@mtattorneys.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____DOUGLAS RICHEY_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since September 29, 2000, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Alabama (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

Alabama State Bar Association
The Mississippi Bar
The Florida Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Alabama )
 )
COUNTY OF Jefferson )

___James Matthew Stephens___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__22nd__ day of __April__, __2019__.

_____
Notary Public or Clerk of Court

LEE ANN M. WASDEN
My Commission Expires
July 19, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Charles A. Jones___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___9585 Prototype Court, Suite B___,
(street address)

___Reno___, ___Nevada___, ___89521___,
(city) (state) (zip code)

___(775) 853-6440___, ___caj@cjoneslawfirm.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Charles A. Jones_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Douglas Richey_
(party's signature)

Douglas Richey, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/_
Designated Resident Nevada Counsel's signature

6698                caj@joneslawfirm.com
Bar number          Email address

APPROVED:

Dated: this __9th__ day of __May__, 20_19_.

_/s/_
UNITED STATES DISTRICT JUDGE

# James Matthew Stephens
## Court Admissions

| COURT | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Alabama | 09/29/2000 | ASB-3788-E66S |
| Middle District of Alabama | 10/25/2000 | ASB-3788-E66S |
| Northern District of Alabama | 11/9/2000 | ASB-3788-E66S |
| Southern District of Alabama | 8/4/2003 | ASB-3788-E66S |
| State of Mississippi | 10/7/2003 | 101022 |
| Northern District of Mississippi | 10/7/2003 | 101022 |
| Southern District of Mississippi | 10/7/2003 | 101022 |
| Supreme Court of Florida | 11/20/2003 | 0688649 |
| Northern District of Florida | 12/2/2013 | 0688649 |
| Southern District of Florida | 12/3/2003 | 0688649 |
| Middle District of Florida | 3/18/2014 | 0688649 |
| U.S. Court of Appeals, 11th Circuit | 2/15/2011 | N/A |



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that James Matthew Stephens has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that James Matthew Stephens was admitted to the Alabama State Bar September 29, 2000.

I further certify that the said James Matthew Stephens is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2019.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 18th day of April, 2019.

_____
Phillip W. McCallum,
Secretary



LAWYERS RENDER SERVICE



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**James Matthew Stephens**, Mississippi Bar Identification Number **(101022)** was admitted to practice law, **October 7, 2003.**

_____
Amy S. Ward
Membership Records Coordinator

Date   04/12/2019





# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida )

County of Leon )

In Re: 0688649
James Matthew Stephens
Methvin, Terrell, Yancey, Stephens & Mil
2201 Arlington Ave S
Birmingham, AL 35205-4003

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 5, 2003**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 10th day of **April, 2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar



PG:R10
CTM-39856