UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DOUGLAS RICHEY, on behalf of himself
and others similarly situated,

    Plaintiff(s),

vs.

AXON ENTERPRISES, INC., formerly
d/b/a TASER INTERNATIONAL, INC.,

    Defendant(s).

Case # 3:19-cv-00192

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    James M. Terrell, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Methvin, Terrell, Yancey, Stephens & Miller, P.C.
(firm name)

with offices at 2201 Arlington Avenue South,
(street address)

Birmingham, Alabama, 35205,
(city) (state) (zip code)

(205) 939-0199, jterrell@mtattorneys.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

DOUGLAS RICHEY to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

| | |
|---|---|
| 1 | 3. That since September 29, 1998, Petitioner has been and presently is a |
| 2 | member in good standing of the bar of the highest Court of the State of Alabama |

3.   That since ___September 29, 1998___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Alabama___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Alabama State Bar Association
The Mississippi Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Alabama__ )
COUNTY OF __Jefferson__ )

_____James M. Terrell_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__22nd__ day of __April__, __2019__

_____
Notary Public or Clerk of Court

LEE ANN M. WASDEN
My Commission Expires
July 19, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Charles A. Jones__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__9585 Prototype Court, Suite B__,
(street address)

__Reno__, __Nevada__, __89521__,
(city)    (state)    (zip code)

__(775) 853-6440__, __caj@cjoneslawfirm.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Charles A. Jones__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Douglas Richey_
(party's signature)

Douglas Richey, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/_
Designated Resident Nevada Counsel's signature

6698     caj@joneslawfirm.com
Bar number     Email address

APPROVED:

Dated: this 9th day of May, 2019.

_/s/_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**James M. Terrell,** Mississippi Bar Identification Number **(100259)** was admitted to practice law, **September 25, 2001.**

_____
Amy S. Ward
Membership Records Coordinator

Date    04/12/2019



# JAMES M. TERRELL
# COURT ADMISSIONS

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| Supreme Court of Alabama | September 29, 1998 | ASB-0887-L73J |
| U.S.D.C. - N.D. of Alabama | September 29, 1998 | ASB-0887-L73J |
| U.S.D.C. - M.D. of Alabama | September 29, 1998 | ASB-0887-L73J |
| U.S.D.C. - S.D. of Alabama | September 29, 1998 | ASB-0887-L73J |
| Mississippi State Bar | September 25, 2001 | 100259 |
| U.S.D.C. - N.D. of Mississippi | September 25, 2001 | 100259 |
| U.S.D.C. - S.D. of Mississippi | September 25, 2001 | 100259 |
| U.S. Circuit Court of Appeals - 5th Circuit | October 12, 2001 | N/A |
| U.S. Circuit Court of Appeals - 11th Circuit | July 22, 2005 | N/A |
| U.S. Circuit Court of Appeals - 10th Circuit | April 27, 2015 | N/A |
| U.S. Circuit Court of Appeals - 4th Circuit | April 30, 2015 | N/A |



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Phillip W. McCallum, Secretary of the Alabama State Bar and custodian of its records, hereby certify that James Michael Terrell has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that James Michael Terrell was admitted to the Alabama State Bar September 29, 1998.

I further certify that the said James Michael Terrell is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2019.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 10th day of April, 2019.

*Phillip W. McCallum*
Phillip W. McCallum,
Secretary



LAWYERS RENDER SERVICE