1 | KRISTEN L. MARTINI, ESQ.
State Bar No. 11272
2 | ADRIENNE BRANTLEY-LOMELI, ESQ.
State Bar No. 14486
3 | LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
4 | Reno, NV 89501
Tel: 775.823.2900
5 | Fax: 775.823.2929
kmartini@lrrc.com
6 | abrantley@lrrc.com

7 | *In Association With:*

8 | PAMELA B. PETERSEN, ESQ.
State Bar No. 6451
9 | AXON ENTERPRISE, INC.
17800 N. 85th Street
10 | Scottsdale, AZ 85255
Tel: 623.326.6016
11 | Fax: 480.905.2027
ppetersen@axon.com
12 | legal@axon.com

13 | *Attorneys for Defendant Axon Enterprise, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (RENO)**

| | |
|---|---|
| DOUGLAS RICHEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AXON ENTERPRISE, INC., formerly d/b/a TASER INTERNATIONAL, INC.<br><br>Defendant. | Case No.: 3:19-cv-00192-MMD-CBC<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Axon Enterprise, Inc., formerly d/b/a TASER International, Inc. ("Axon"), and Plaintiff Douglas Richey ("Plaintiff") (referred to collectively herein as the "Parties"), by and through their respective counsel of record, respectfully submit this Stipulation to extend the time for Axon to move, answer, or otherwise respond to the Complaint, to allow Axon additional time to investigate Plaintiff's allegations. This Stipulation is made in accordance with LR IA 6-1, LR IA

1

108297182.2

6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to move, answer, or otherwise respond to the Complaint. The Parties hereby stipulate as follows:

1. Plaintiff filed his Complaint on April 9, 2019.

2. Axon was served on May 16, 2019.

3. Axon's response to the Complaint is therefore due June 6, 2019.

4. The Parties agree and stipulate that Axon's deadline to move, answer, or otherwise respond to the Complaint shall be extended by 30 days to and including July 8, 2019.

5. By entering into this Stipulation, neither party waives any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

DATED this 4th day of June, 2019.

JONES LAW FIRM, LLC

By: /s/ Charles A. Jones
Charles A. Jones
State Bar No. 6698
9585 Prototype Court, Suite B
Reno, NV 89521

METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.

By: /s/ James Matthew Stephens
James Matthew Stephens
*Pro Hac Vice*
James M Terrell
*Pro Hac Vice*
2201 Arlington Avenue
South Birmingham, AL 35205

*Attorneys for Plaintiff*

DATED this 4th day of June, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Kristen L. Martini
Kristen L. Martini
State Bar No. 11272
Adrienne Brantley-Lomeli
State Bar No. 14486
One East Liberty Street, Suite 300
Reno, NV 89501

*In Association With:*

PAMELA B. PETERSEN
State Bar No. 6451
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255

*Attorneys for Defendant Axon Enterprise, Inc.*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge
DATED: 6/5/2019

2

108297182.2