**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS RICHEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>AXON ENTERPRISE, INC., formerly d/b/a TASER INTERNATIONAL, INC.,<br><br>Defendant(s). | Case # 3:19-cv-00192-MMD-CBC<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Barbara A. Smith_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Bryan Cave Leighton Paisner LLP_____
(firm name)

with offices at _____211 North Broadway, Suite 3600_____,
(street address)

_____St. Louis_____, _____Missouri_____, _____63102_____,
(city)                                (state)                               (zip code)

_____314-259-2367_____, _____barbara.smith@bclplaw.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Axon Enterprise, Inc. f/k/a Taser International_ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since September 18, 2013 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Missouri (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Missouri | September 18, 2013 | 66237 |
| District of Columbia | September 12, 2014 | 1022506 |
| Please see attached for additional Courts | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | None |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Missouri____ )
                          )
COUNTY OF ____St. Louis____ )

____Barbara A. Smith____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

27th day of June, 2019.

LORI C. MITCHELL
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: Sept. 25, 2021
Commission # 13482082

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate  Kristen L. Martini ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____One East Liberty Street, Suite 300_____,
(street address)

____Reno____ , ____Nevada____ , ____89501____ ,
(city)            (state)           (zip code)

____775-321-3446____ , ____kmartini@lrrc.com____ .
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Kristen L. Martini_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Isaiah Fields, General Counsel for Axon Enterprise, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

| 11272 | kmartini@lrrc.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this __1st__ day of __July__, 20__19__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**Attachment – Additional Courts that Petitioner was admitted to practice before.**

| Court | Date Admitted |
| --- | --- |
| U.S. Court of Appeals, D.C. Circuit | November 15, 2013 |
| U.S. Court of Appeals, 8th Circuit | July 22, 2014 |
| U.S.D.C., District of Columbia | November 3, 2014 |
| U.S.D.C., N.D. Florida | May 1, 2015 |
| U.S. Court of Appeals, 11th Circuit | May 6, 2015 |
| U.S.D.C., E.D. Missouri | February 10, 2017 |
| U.S.D.C., W.D. Missouri | February 10, 2017 |
| U.S. Court of Appeals, Federal Circuit | March 14, 2017 |
| U.S. Court of Appeals, 9th Circuit | June 16, 2017 |
| U.S.D.C., N.D. Illinois | February 22, 2018 |
| U.S. Court of Appeals, 2nd Circuit | May 10, 2018 |
| U.S.D.C., N.D. California | August 7, 2018 |
| U.S. Court of Appeals, 10th Circuit | August 9, 2018 |
| U.S. Court of Appeals, 6th Circuit | September 18, 2018 |
| U.S.D.C., E.D. Wisconsin | December 26, 2018 |
| Supreme Court of the United States | February 19, 2019 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Barbara A Smith

was duly qualified and admitted on **September 12, 2014** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 31, 2019.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/18/2013,

## Barbara Anne Smith

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 20th day of May, 2019.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri