# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DOUGLAS RICHEY, on behalf of himself and all others similarly situated,

Plaintiff(s),

vs.

AXON ENTERPRISE, INC., formerly d/b/a TASER INTERNATIONAL, INC.,

Defendant(s).

Case #3:19-cv-00192-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Kenneth L. Marshall_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Bryan Cave Leighton Paisner LLP
(firm name)

with offices at _____Three Embarcadero Center, 7th Floor_____,
(street address)

___San Francisco___, ___California___, ___94111___,
(city)              (state)              (zip code)

___415-675-3400___, ___klmarshall@bclplaw.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Axon Enterprise, Inc. f/k/a Taser International to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since June 1, 2011 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Missouri | September 30, 1999 | 48653 |
| USDC of Eastern District of Missouri | December 5, 2000 | 102275 |
| | | |
| Please see attached for additional Courts | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. *See attached*
2.
3.
4.
5.
6.

Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  San Francisco

Subscribed and sworn to (or affirmed) before me on this  1st  day of  July , 20 19 ,
by
(1) Lee Marshall
(and 2) N|A ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature  Teresa R. Parafina
Signature of Notary Public

[Seal: TERESA R. PARAFINA, Notary Public - California, San Francisco County, Commission # 2173316, My Comm. Expires Dec 20, 2020]

Seal
Place Notary Seal Above

──────── OPTIONAL ────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: ____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
)
COUNTY OF San Francisco )

_____Kenneth L. Marshall_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

 1st  day of  July , 2019.

_Teresa R. Parafina_
Notary Public or Clerk of Court

TERESA R. PARAFINA
Notary Public - California
San Francisco County
Commission # 2173316
My Comm. Expires Dec 20, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Kristen L. Martini_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

One East Liberty Street Suite 300,
(street address)

Reno , Nevada , 89501-1922 ,
(city)    (state)    (zip code)

775-321-3446 , kmartini@lrrc.com .
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Kristen L. Martini_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Isaiah Fields, General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11272                           kmartini@lrrc.com
Bar number                      Email address

APPROVED:

Dated: this 1st day of July, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# ATTACHMENT A

## Additional Courts that Petitioner was admitted to practice before.

The applicant K. Lee Marshall is admitted, practicing, and in good standing in the State of Missouri, having been admitted to the bar in the State of Missouri on September 30, 1999 (#48653). Additionally, Lee Marshall has been admitted to practice and is in good standing before various other courts including:

| COURT | DATE ADMITTED |
|---|---|
| United States District Court of the Eastern District of Missouri | December 5, 2000 |
| United States Court of Appeals for the Eighth Circuit | April 11, 2000 |
| United States Court of Appeals for the Federal Circuit | March 20, 2001 |
| United States Court of Appeals for the Seventh Circuit | October 12, 2001 |
| United States Court of Appeals for the Ninth Circuit | April 22, 2003 |
| United States District Court of the Southern District of Illinois | September 28, 2005 |
| United States Supreme Court | January 8, 2007 |
| United States District Court of the Western District of Missouri | February 3, 2009 |
| United States Court of Appeals for the Third Circuit | May 25, 2010 |
| United States Court of Appeals for the Tenth Circuit | July 30, 2015 |
| United States Court of Appeals for the Eleventh Circuit | December 29, 2017 |
| United States Court of Appeals for the District of Columbia Circuit | May 2, 2019 |

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　　TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

April 16, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KENNETH LEE MARSHALL, #277092 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

# United States Court of Appeals
## for the District of Columbia Circuit



## Kenneth Lee Marshall

was on motion first made to the Court in this behalf by Adam L. Shaw duly admitted and qualified as an Attorney and Counsellor of the United States Court of Appeals for the District of Columbia Circuit, on the thirtieth day of April, two thousand and nineteen and in the independence of the United States of America the two hundred and forty-second year.

In testimony whereof I, Mark J. Langer, Clerk of said Court, have hereunder subscribed my name and affixed the Seal of said Court, at the City of Washington, this second day of May, two thousand and nineteen.

*Mark Langer*

Clerk of the United States Court of Appeals
for the District of Columbia Circuit