CHARLES A. JONES, Esq., SBN 6698
caj@cjoneslawfirm.com
KELLY MCINERNEY, Esq., SBN 7443
kelly@cjoneslawfirm.com
JONES LAW FIRM LLC
9585 Prototype Court, Suite B
Reno, NV 89521
Telephone:    775-853-6440
Facsimile:    775-853-6445

JAMES M. TERRELL (*Pro Hac Vice*)
jterrell@mmlaw.net
J. MATTHEW STEPHENS (*Pro Hac Vice*)
mstephens@mmlaw.net
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **DOUGLAS RICHEY,** on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>v.<br><br>**AXON ENTERPRISES, INC.,** formerly d/b/a **TASER INTERNATIONAL, INC.**<br><br>    **Defendants.** | **Case No.:  3:19-cv-00192-MMD-CBC**<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Douglas Richey ("Plaintiff"), and Defendant Axon Enterprise, Inc., formerly d/b/a

TASER International, Inc. ("Axon") (referred to collectively herein as the "Parties"), by and

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE:
DEFENDANT'S MOTION TO DISMISS

through their respective counsel of record, respectfully submit this Stipulation to set a briefing schedule regarding Defendant's Motion to Dismiss (ECF No. 29). The Motion to Dismiss, which is the subject of this Stipulation, was filed on July 8, 2019. No hearing date has been set for this Motion. This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to respond to the Motion to Dismiss. The parties hereby stipulate as follows:

1. Defendant filed its Motion to Dismiss on July 8, 2019.

2. Plaintiff's opposition to said motion is due to be filed on July 22, 2019.

3. Counsel for Plaintiff, James Terrell and Matthew Stephens, are set to begin a two-week trial commencing on July 15, 2019. Local counsel for Plaintiff, Charles A. Jones, is out of the office on a pre-paid family vacation from July 11 through July 22, 2019. As a result of these scheduling conflicts, counsel for Plaintiff will not be able to oppose the Motion to Dismiss on or before its current due date of July 22.

4. After meeting and conferring regarding the aforementioned scheduling conflicts the parties have agreed, and therefore stipulate, to a briefing schedule for the filing of the opposition and reply briefs as follows:

///
///
///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE:
DEFENDANT'S MOTION TO DISMISS

A.      August 19, 2019: Deadline for Plaintiff to oppose the Motion to Dismiss;

B.      September 3, 2019: Deadline for Defendant to file its Reply brief.

Dated this day of July 11, 2019

JONES LAW FIRM LLC


By: _/s/ Charles A. Jones_
CHARLES A. JONES
State Bar No. 6698
KELLY MCINERNEY
State Bar No. 7443
9585 Prototype Court, Suite B
Reno, NV 89521

METHVIN TERRELL, YANCEY,
STEPHENS & MILLER, P.C.

By: _/s/ James Matthew Stephens_
J. MATTHEW STEPHENS
*Pro Hac Vice*
JAMES M. TERRELL
*Pro Hac Vice*
2201 Arlington Avenue South
Birmingham, AL 35205


*Attorneys for Plaintiff*

Dated this day of July 11, 2019

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: _/s/ Kristen Martini_
KRISTEN L. MARTINI
State Bar No. 11272
ADRIENNE BRANTLEY-LOMELI
State Bar No. 14486
One East Liberty Street, Suite 300
Reno, NV 89501

*In Association With:*
K. LEE MARSHALL, ESQ. (*Pro Hac*)
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

BARBARA A. SMITH, ESQ. (*Pro Hac*)
BRYAN CAVE LEIGHTON PAISNER LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

PAMELA B. PETERSEN, ESQ.
State Bar No. 6451
AMY L. NGUYEN, ESQ. (*Pro Hac*)
State Bar No. 023383
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255

*Attorneys for Defendant*


## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _July 11, 2019_ _____

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE:
DEFENDANT'S MOTION TO DISMISS

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on July 11, 2019, I served a true and correct copy of the foregoing document(s) described as:

1.    STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| KRISTEN L. MARTINI<br>kmartini@lrrc.com<br>ADRIENNE BRANTLEY-LOMELI<br>abrantley@lrrc.com<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>One East Liberty Street, Suite 300<br>Reno, NV 89501<br><br>K. LEE MARSHALL<br>klmarshall@bclplaw.com<br><br>BRYAN CAVE LEIGHTON PAISNER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111 | BARBARA A. SMITH<br>barbara.smith@bclplaw.com<br><br>BRYAN CAVE LEIGHTON PAISNER LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br><br>PAMELA B. PETERSEN<br>ppetersen@axon.com<br>legal@axon.com<br>AMY NGUYEN, ESQ.<br>amynguyen@axon.com<br><br>AXON ENTERPRISE, INC.<br>17800 N. 85th Street<br>Scottsdale, AZ 85255 |

__X__  **VIA ECF (Electronic Case Filing):** I e-filed the above-detailed document utilizing the United States District Court, District of Nevada's mandated ECF service on July 11, 2019

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on July 11, 2019, at Reno, Nevada.

Belinda Watson