| | |
|---|---|
| 1 | KRISTEN L. MARTINI, ESQ. |
| | State Bar No. 11272 |
| 2 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | One East Liberty Street, Suite 300 |
| 3 | Reno, NV 89501 |
| | Tel: 775.823.2900 |
| 4 | Fax: 775.823.2929 |
| | kmartini@lrrc.com |
| 5 | abrantley@lrrc.com |
| | In Association With: |
| 6 | |
| 7 | J CHRISTOPHER JORGENSEN, ESQ. |
| | State Bar No. 5382 |
| 8 | BRIAN D. BLAKLEY, ESQ. |
| | State Bar No. 13074 |
| 9 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | 3993 Howard Hughes Parkway, Suite 600 |
| 10 | Las Vegas, NV 89169 |
| | Tel: 702.949.8200 |
| 11 | Fax: 702.949.8398 |
| | cjorgensen@lrrc.com |
| 12 | bblakley@lrrc.com |

PAMELA B. PETERSEN, ESQ.
State Bar No. 6451
AMY L. NGUYEN, ESQ. (*Pro Hac*)
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255
Tel: 623.326.6016
Fax: 480.905.2027
ppetersen@axon.com
amynguyen@axon.com
legal@axon.com

```
 _____
| ⌐✓ FILED          ___ RECEIVED     |
| ___ ENTERED       ___ SERVED ON    |
|            COUNSEL/PARTIES OF RECORD|
|  _____  |
| |                                | |
| |        NOV - 4 2019             | |
| |_____| |
|        CLERK US DISTRICT COURT      |
|         DISTRICT OF NEVADA          |
| BY: _____ DEPUTY    |
|_____|
```

13   *Attorneys for Defendant*

14

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

15   DOUGLAS RICHEY, on behalf of himself
     and all others similarly situated,

     Case No. 3:19-cv-0192-MMD-CBC

16
                    Plaintiff,

     ORDER

17
            v.

     **MOTION OF SUBSTITUTION**
     **OF COUNSEL**

18

19   AXON ENTERPRISE, INC., formerly d/b/a
     TASER INTERNATIONAL, INC.,

20                  Defendant.

21

22

23

24

25

26

27

28

109617005.1

1   Defendant Axon Enterprise, Inc., formerly d/b/a Taser International, Inc., consents to the

2   substitution of Lewis Roca Rothgerber Christie LLP in place of Bryan Cave Leighton Paisner

3   LLP in the above matter.

4   DATED this __ day of October, 2019.

5

6   Axon Enterprise, Inc., formerly d/ba/ Taser
    International, Inc.

7

8   By: _____

9   Name: _AMY L. NGUYEN_

10  Title: _LITIGATION COUNSEL_

11  Bryan Cave Leighton Paisner LLP hereby authorizes and consents to the substitution of

12  Lewis Roca Rothgerber Christie LLP in its place and stead as counsel of record for Defendant

13  Axon Enterprise, Inc., formerly d/b/a Taser International, Inc., in this action.

14

15  DATED this 31st day of October, 2019.

16  **BRYAN CAVE LEIGHTON PAISNER LLP**          **BRYAN CAVE LEIGHTON PAISNER LLP**
    **Withdrawing Attorneys**                    **Withdrawing Attorneys**

17
    _/s/ K. Lee Marshall_                         _/s/ Barbara A. Smith_
18  K. Lee Marshall                               Barbara A. Smith
    Three Embarcadero Center, 7th Floor           211 N. Broadway, Suite 3600
19  San Francisco, CA 94111                       St. Louis, MO 63102
    Business: (415) 675-3444                      Business: (314) 259-2367
20  E-mail: klmarshall@bclplaw.com                E-mail: barbara.smith@bclplaw.com

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1    Lewis Roca Rothgerber Christie LLP hereby authorizes and  consents to its substitution in

2    the place and stead of Bryan Cave Leighton Paisner LLP as counsel of record for Defendant Axon

3    Enterprise, Inc., formerly d/b/a Taser International, Inc., in this action.

4        DATED this 31st day of October, 2019.

5

6                              **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
                              **Superseding Attorneys**
7

8                              */s/ J Christopher Jorgensen*
                              J Christopher Jorgensen, NV Bar #5382
9                              Brian D. Blakley, NV Bar #13074
                              3993 Howard Hughes Pkwy, Ste. 600
10                             Las Vegas, Nevada 89169
                              Tel: (702) 949-8200
11                             E-mail: cjorgensen@lrrc.com
                              E-mail: bblakley@lrrc.com
12

13       Kristen L. Martini of Lewis Roca Rothgerber Christie LLP and Pamela B. Petersen and

14   Amy L. Nguyen of Axon Enterprise, Inc. continue to represent Defendant Axon Enterprise, Inc.,

15   formerly d/b/a Taser International, Inc., in this action.

16

17

18                         **IT IS SO ORDERED.**

19

20                         United States Magistrate Judge

21                         Dated _11/4/2019_

22

23

24

25

26

27

28

                                2