# EXHIBIT 3
# Declaration of Douglas Richey

```
CHARLES A. JONES (State Bar No. 6698)
caj@cjoneslawfirm.com
KELLY MCINERNEY (State Bar No. 7443)
kelly@cjoneslawfirm.com
JONES LAW FIRM LLC
9585 Prototype Court, Suite B
Reno, NV 89521
Telephone:    775-853-6440
Facsimile:    775-853-6445

JAMES M. TERRELL (Pro Hac Vice)
jterrell@mmlaw.net
J. MATTHEW STEPHENS (Pro Hac Vice)
mstephens@mmlaw.net
COURTNEY C. GIPSON (Pro Hac Vice)
cgipson@mmlaw.net
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
```

*Attorneys for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## RENO DIVISION

| | |
|---|---|
| **DOUGLAS RICHEY,** on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>v.<br><br>**AXON ENTERPRISES, INC.,** formerly d/b/a **TASER INTERNATIONAL, INC.**<br><br>    **Defendant.** | Case No.: 3:19-cv-00192-MMD-CBC<br><br>**DECLARATION OF DOUGLAS RICHEY PURSUANT TO CAL. CIV. CODE § 1780(d)** |

I, Douglas Richey, declare as follows:

    1.    I am a named plaintiff in this litigation.

    2.    I have personal knowledge of the matters set forth below except as to those matters stated herein which are based on information and belief, which matters I believe to be true.

- 1 -
DECLARATION OF DOUGLAS RICHEY PURSUANT TO CAL. CIV. CODE §1780(d)

3.  If called as a witness, I could and would testify competently to these matters herein included.

4.  I am informed and believe that Axon Enterprises, Inc., formerly d/b/a Taser International, Inc., is doing business in this County (Washoe County, Nevada). Thus, this Court is a proper place for trial of this action.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct and that this declaration was executed on February __11__, 2020 in Reno, Nevada.

*Douglas Richey*
Douglas Richey