1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CHARLES A. JONES (State Bar No. 6698)
caj@cjoneslawfirm.com
KELLY MCINERNEY (State Bar No. 7443)
kelly@cjoneslawfirm.com
JONES LAW FIRM LLC
9585 Prototype Court, Suite B
Reno, NV 89521
Telephone:    775-853-6440
Facsimile:    775-853-6445

JAMES M. TERRELL (*Pro Hac Vice*)
jterrell@mmlaw.net
J. MATTHEW STEPHENS (*Pro Hac Vice*)
mstephens@mmlaw.net
COURTNEY C. GIPSON (*Pro Hac Vice*)
cgipson@mmlaw.net
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**RENO DIVISION**

| | |
|---|---|
| **DOUGLAS RICHEY,** on behalf of himself and all others similarly situated, ) ) ) | |
| **Plaintiff,** ) ) | **Case No.:  3:19-cv-00192-MMD-CBC** |
| v. ) ) | **STIPULATION AND ORDER RE: BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO STRIKE** |
| **AXON ENTERPRISES, INC.,** formerly d/b/a **TASER INTERNATIONAL, INC.** ) ) ) ) | |
| **Defendant.** ) ) ) | |

Plaintiff, Douglas Richey ("Plaintiff"), and Defendant Axon Enterprise, Inc., formerly

d/b/a TASER International, Inc. ("Axon") (referred to collectively herein as the "Parties"), by and

1
STIPULATION AND [PROPOSED] ORDER

through their respective counsel of record, respectfully submit this Stipulation to allow Plaintiff thirty (30) additional days to respond to Defendant's Motion to Strike Class Allegations Pursuant to Rule 23(d)(1)(D), and Defendant an additional twenty-one (21) days to file a reply .  This Stipulation is made in accordance with LR IA 6-2 and LR 7-1.  The parties hereby stipulate as follows:

1.  On April 14, 2020, Defendant filed a motion to strike Plaintiff's class allegations. *See* (ECF No. 61).  Plaintiff's response was set by this Court to be due on April 28, 2020.

2.  Counsel for Plaintiff conferred with Counsel for Defendant and requested an additional thirty (30) days to respond to Defendant's motion to strike.  Defendant's motion to strike raises several issues which the parties believe necessitate additional time to adequately research and fully brief.  In addition, the extraordinary circumstances of the COVID-19 outbreak have changed the working conditions for all counsel.  The offices for Plaintiff's and Defendant's private counsel are currently minimally staffed with attorneys working primarily from home to minimize the spread of this disease.  In-house counsel for Axon and the legal staff are all working from home, and will be until at least May 31, 2020.  Defense Counsel stated in writing, via an email sent on April 21, 2020, that it agreed to Plaintiff's request for a thirty (30) day extension.

3.  After meeting and conferring regarding the aforementioned, the parties have agreed, and therefore stipulate, to the following: Plaintiff may respond to Defendant's Motion to Strike on or before May 28, 2020.  In turn, Defendant may submit a Reply in Support of the Motion to Strike on or before June 29, 2020.

STIPULATION AND [PROPOSED] ORDER

Dated this day of April 22, 2020

JONES LAW FIRM LLC

By: /s/ Charles A. Jones
CHARLES A. JONES
State Bar No. 6698
caj@cjoneslawfirm.com
KELLY MCINERNEY
State Bar No. 7443
kelly@cjoneslawfirm.com
JONES LAW FIRM LLC
9585 Prototype Court, Suite B
Reno, NV 89521
Telephone:     775-853-6440
Facsimile:     775-853-6445

METHVIN, TERRELL, YANCEY,
STEPHENS & MILLER, P.C.

By: /s/ J. Matthew Stephens
JAMES M. TERRELL
*Pro Hac Vice*
jterrell@mmlaw.net
J. MATTHEW STEPHENS
*Pro Hac Vice*
mstephens@mmlaw.net
COURTNEY C. GIPSON
*Pro Hac Vice*
cgipson@mmlaw.net
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:     (205) 939-0199
Facsimile:     (205) 939-0399

*Attorneys for Plaintiff and Proposed Class*

Dated this day of April 22, 2020

LEWIS ROCA ROTHGERBER CHRISTIE
LLP

By: /s/  Kristen L. Martini
KRISTEN L. MARTINI, ESQ.
One East Liberty Street, Suite 300
Reno, NV 89501
Tel: 775.823.2900
Fax: 775.823.2929
kmartini@lrrc.com

J. CHRISTOPHER JORGENSEN
BRIAN DOUGLAS BLAKELY
ADRIENNE BRANTLEY-LOMELI, ESQ.
3993 Howard Hughes Pkwy., Ste 600
Las Vegas, NV 89169
Tel: 702-474-8200
cjorgensen@lrrc.com
Bblakley@lrrc.com
abrantley-lomeli@lrrc.com

AXON ENTERPRISE, INC.

By: /s/          Pamela Petersen
PAMELA B. PETERSEN, ESQ.
AMY L. NGUYEN, ESQ. (*Pro Hac*)
17800 N. 85th Street
Scottsdale, AZ 85255
Tel: 623.326.6016
Fax: 480.905.2027
ppetersen@axon.com
amynguyen@axon.com
legal@axon.com

*Attorneys for Defendant*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED:  April 23, 2020

STIPULATION AND [PROPOSED] ORDER

### CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law office of Jones Law Firm and that on this 23rd day of April, 2020, I e-filed a true and correct copy of the foregoing *Stipulation and [Proposed] Order Re: Plaintiff's Response to Defendant's Motion to Strike* with the Clerk of the Court through the Court's CM/ECF electronic filing system and notice will be sent electronically to the following:

KRISTEN L. MARTINI, ESQ.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One East Liberty Street, Suite 300
Reno, NV 89501
Tel: 775.823.2900
Fax: 775.823.2929
kmartini@lrrc.com

J. CHRISTOPHER JORGENSEN
BRIAN DOUGLAS BLAKELY
ADRIENNE BRANTLEY-LOMELI, ESQ.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste 600
Las Vegas, NV 89169
Tel: 702-474-8200
cjorgensen@lrrc.com
Bblakley@lrrc.com
abrantley-lomeli@lrrc.com

PAMELA B. PETERSEN, ESQ.
AMY L. NGUYEN, ESQ. (*Pro Hac*)
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ 85255
Tel: 623.326.6016
Fax: 480.905.2027
ppetersen@axon.com
amynguyen@axon.com
legal@axon.com

/s/    *Belinda Watson*
Belinda Watson

STIPULATION AND [PROPOSED] ORDER