# EXHIBIT A – DEFENDANT'S HELP CENTER WEBSITE PAGES

FREE STANDARD SHIPPING ON ALL ORDERS OVER $100.

ABOUT US      USD   LOGIN   0

PRODUCTS   ACCESSORIES   TRAINING   BLOG   TESTIMONIALS   TASER   Search

RESELLERS   HELP

# HELP CENTER

Start typing

## GENERAL QUESTIONS

˅ TASER Health & Safety Questions

˅ General TASER Questions

## TASER PRODUCT QUESTIONS

˅ TASER Pulse

˅ TASER Pulse+

˅ TASER Bolt

˅ TASER Strikelight

˄ TASER X2

> What comes included in a TASER X2 Kit?

˅ **What's the difference between the civilian X2 and the Law Enforcement X2?**

Other than the length of the cartridge that is available to consumers, the consumer X2 is 100% identical to the Law Enforcement grade X2.

˄ TASER X26P

> What comes included in a TASER X26P Kit?

⌄ **What's the difference between the civilian X26P and the Law Enforcement X26P?**

Other than the length of the cartridge that is available to consumers, the consumer X26P is 100% identical to the Law Enforcement grade X26P.

## ADDITIONAL QUESTIONS

⌄ DEVICE REGISTRATION FORM

⌄ RETURNS, REPAIRS, AND EXCHANGES

⌄ SHIPPING AND WARRANTY POLICY

⌄ STATE REQUIREMENTS

⌄ SAFE ESCAPE REPLACEMENT

⌄ CONTACT US



Social Media



Menu

About Us
Products
TASER Blog
Resellers
Shipping & Returns
Terms & Privacy Policy

About Us

TASER Self-Defense is the consumer division of Axon Enterprise, Inc., a publicly traded company (Nasdaq: AAXN) based in Scottsdale, AZ. We believe in a world where anyone can live their life fearlessly, and we're dedicated to creating technology that can get us there.

© 2020 TASER Self-Defense. Shopify is a trademark of Shopify Inc. Powered by Shopify

