# EXHIBIT B – DEFENDANT'S X2 WEBSITE PAGES FOR CIVILIANS

FREE STANDARD SHIPPING ON ALL ORDERS OVER $100.

ABOUT US

PRODUCTS   ACCESSORIES   TRAINING   BLOG   TESTIMONIALS      RESELLERS   HELP

USD   LOGIN   0

Search





## X2 PROFESSIONAL SERIES

**Sold Out**

**NOTIFY ME WHEN THIS PRODUCT IS AVAILABLE:**

Enter your email address...

**SEND**

The TASER X2 provides double the capability you expect from a TASER self-defense device, as it comes fully-equipped with an immediately available back-up shot. Designed for law enforcement, the X2 is available for everyday civilians who are looking to strengthen their home or personal protection plans. This tool is also perfect for professionals looking for added defense on the job, including security and process servers.

**X2 Features:**

- **Neuro-Muscular Incapacitation (NMI)** – temporarily overrides an attacker's central nervous system, limiting muscular control for 5 seconds
- **Immediate back-up shot** – no need to re-load
- **Class 3R LASER targeting** – paired with a powerful LED flashlight, targets are hard to miss
- **15-foot safety range** – gives you ample space to make a safe escape
- **Contact stun** – added insurance in those close encounters; the only TASER device that can engage contact stun while loaded and without firing cartridges
- **Blackhawk holster** –ensures comfortable and secure carrying, this Kydex holster is the same one trusted by law enforcement
- **Long-life replaceable battery** –providing approximately 500 5-second firings, your X2 is ready when you need it
- **Legal to Own, Legal to Carry**–no license needed in most states

*The TASER X2 is designed to incapacitate attackers for 5 seconds per trigger pull, providing **single-fire/multi-cycle**capabilities so you have enough time to make a **Safe Escape**.*

**Package contains:**

- One TASER X2 conducted electrical weapon
- Two live cartridges
- Performance power magazine
- Right-handed Blackhawk holster
- Conductive practice target

**Dimensions:**

- Width: 1.7" (4.3 cm)
- Length: 7.8" (19.8 cm)
- Height: 4.2" (10.7 cm)
- Weight: 1.0 lbs (454 g)

    

# RELATED ITEMS





**SOCIAL MEDIA**

 

**MENU**

About Us

Products

TASER Blog

Resellers

Shipping & Returns

Terms & Privacy Policy

**ABOUT US**

TASER Self-Defense is the consumer division of Axon Enterprise, Inc., a publicly traded company (Nasdaq: AAXN) based in Scottsdale, AZ. We believe in a world where anyone can live their life fearlessly, and we're dedicated to creating technology that can get us there.

© 2020 TASER Self-Defense. Shopify is a trademark of Shopify Inc. Powered by Shopify

       



ABOUT US

PRODUCTS  ACCESSORIES  TRAINING  BLOG  RESELLERS



HELP

USD  LOGIN  0





## TASER X2 PROFESSIONAL SERIES

$1,399.99

QTY

— 1 +   **ADD TO CART**

The TASER X2 provides double the capability you expect from a TASER self-defense device, as it comes fully-equipped with an immediately available back-up shot. Designed by law enforcement, for law enforcement, the X2 is legal for everyday civilians who are looking to strengthen their home or personal protection plans. This tool is perfect for professionals looking for added defense on the job, including security and process servers.

- **Neuro-Muscular Incapacitation (NMI)** – temporarily overrides an attacker's central nervous system, limiting muscular control for 5 seconds
- **Immediate back-up shot** – no need to re-load
- **Class 3R LASER targeting** – paired with a powerful LED flashlight, targets are hard to miss
- **15-foot safety range**– gives you ample space to make a safe escape
- **Contact stun**– added insurance in those close encounters; the only TASER device that can engage contact stun while loaded and without firing cartridges
- **Blackhawk holster** –ensures comfortable and secure carrying, this Kydex holster is the same one trusted by law enforcement
- **Long-life replaceable battery** –providing approximately 500 5-second firings, your X2 is ready when you need it
- **Legal to Own, Legal to Carry**–no license needed in most states

The TASER X2 is designed to incapacitate attackers for 5 seconds per trigger pull, providing **single-fire/multi-cycle**capabilities so you have enough time to make a **Safe Escape**.

**Package contains:**

- One TASER X2 conducted electrical weapon
- Two live cartridges
- Performance power magazine
- Right-handed Blackhawk holster
- Conductive practice target

**Dimensions:**

- Width: 1.7" (4.3 cm)
- Length: 7.8" (19.8 cm)
- Height: 4.2" (10.7 cm)
- Weight: 1.0 lbs (454 g)

## RELATED ITEMS





SOCIAL MEDIA

MENU

About Us

Products

TASER Blog

Resellers

Terms & Privacy Policy

ABOUT US

TASER Self-Defense is the consumer division of Axon Enterprise, Inc., a publicly traded company (Nasdaq: AAXN) based in Scottsdale, AZ. We believe in a world where anyone can live their life fearlessly, and we're dedicated to creating technology that can get us there.



© 2018 Axon Enterprise, Inc. Shopify is a trademark of Shopify Inc. Powered by Shopify

