# EXHIBIT C – DEFENDANT'S X26P WEBSITE PAGES FOR CIVILIANS

FREE STANDARD SHIPPING ON ALL ORDERS OVER $100.

ABOUT US

PRODUCTS  ACCESSORIES  TRAINING  BLOG  TESTIMONIALS  RESELLERS  HELP

TASER

USD   LOGIN   0

Search





## X26P PROFESSIONAL SERIES

**Sold Out**

NOTIFY ME WHEN THIS PRODUCT IS AVAILABLE:

Enter your email address...

**SEND**

The TASER X26P is a strong addition to any civilian self-protection plan. It is the same innovative tool used and trusted by law enforcement agencies around the world. Equipped with a durable holster and rugged carrying case, the X26P is suited for both home-defense and professionals such as security personnel or delivery drivers.

**Accessory Features:**

- **Neuro-Muscular Incapacitation (NMI)** - temporarily overrides an attacker's central nervous system, limiting muscular control for 5 seconds
- **15-foot safety range** - gives you ample space to make a safe escape
- **Class 3R LASER targeting-** paired with powerful LED flashlight, targets are hard to miss
- **Blackhawk Holster-** ensures comfortable and secure carrying, this Kydex holster is the same one trusted by law enforcement
- **Contact stun-** added insurance in those close encounters
- **Long-Life Replaceable Battery-** providing approximately 500 5-second firings, your X26P is ready when you need it
- **Legal to Own, Legal to Carry**–no license needed in most states

**Package contains:**

- One TASER X26P conducted electrical weapon
- 2 TASER X26P Cartridges
- Performance power magazine (PPM - this is not a rechargeable battery)
- Right-handed Blackhawk holster
- Conductive practice target

**Dimensions:**

- Height: 3.2 inches
- Length (w/ Cartridge): 7.3 inches
- Width: 1.3 inches
- Weight (w/o Cartridge): 44 oz



## RELATED ITEMS





**SOCIAL MEDIA**



**MENU**

About Us

Products

TASER Blog

Resellers

Shipping & Returns

Terms & Privacy Policy

**ABOUT US**

TASER Self-Defense is the consumer division of Axon Enterprise, Inc., a publicly traded company (Nasdaq: AAXN) based in Scottsdale, AZ. We believe in a world where anyone can live their life fearlessly, and we're dedicated to creating technology that can get us there.

© 2020 TASER Self-Defense. Shopify is a trademark of Shopify Inc. Powered by Shopify

     







**Sold Out**

NOTIFY ME WHEN THIS PRODUCT IS AVAILABLE:

Enter your email address...

**SEND**

The X26P is a strong addition to any civilian self-protection plan. It is the same innovative tool used and trusted by law enforcement agencies around the world. This means it can be effective against even the most aggressive assailants, or persons under the influence of drugs and/or alcohol. Equipped with a durable holster and rugged carrying case, the X26P is suited for both home-defense and professionals such as security personnel or delivery drivers.

- **Neuro-Muscular Incapacitation (NMI) -** temporarily overrides an attacker's central nervous system, limiting muscular control for 5 seconds
- **15-foot safety range -** gives you ample space to make a safe escape
- **Class 3R LASER targeting-** paired with powerful LED flashlight, targets are hard to miss
- **Blackhawk Holster-** ensures comfortable and secure carrying, this Kydex holster is the same one trusted by law enforcement
- **Contact stun-** added insurance in those close encounters
- **Long-Life Replaceable Battery-** providing approximately 500 5-second firings, your X26P is ready when you need it

**Package contains:**

- One TASER X26P conducted electrical weapon
- 2 TASER X26P Cartridges
- Performance power magazine (PPM - this is not a rechargeable battery)
- Right-handed Blackhawk holster
- Conductive practice target

**Dimensions:**

- Height: 3.2 inches
- Length (w/ Cartridge): 7.3 inches
- Width: 1.3 inches
- Weight (w/o Cartridge): 44 oz



## RELATED ITEMS



2 captures  
27 Jun 2018 - 17 Jul 2018  
JUN JUL AUG  
◀ 17 ▶  
2017 2018 2019  
About this capture



### SOCIAL MEDIA

f ▶ ◎ ✉

### MENU

About Us

Products

TASER Blog

Resellers

Terms & Privacy Policy

### ABOUT US

TASER Self-Defense is the consumer division of Axon Enterprise, Inc., a publicly traded company (Nasdaq: AAXN) based in Scottsdale, AZ. We believe in a world where anyone can live their life fearlessly, and we're dedicated to creating technology that can get us there.

© 2018 Axon Enterprise, Inc. Shopify is a trademark of Shopify Inc. Powered by Shopify

