# EXHIBIT D – DEFENDANT'S X26P WEBSITE PAGES FOR LAW ENFORCEMENT

(https://buy.axon.com)   🛒 0   &  LOGIN   Search Products   🔍

TASER   AXON   TRAINING   ACCESSORIES   SWAG (/CCRZ__PRODUCTLIST?VIEWSTATE=LISTVIEW&CARTID=&PORTALUSER=&STORE=&CCLCL=EN_US&CATEGORYID=A4AF3000000PMC9AAK)   RESOURCES

Home (/ccrz__HomePage?cartID=&portalUser=&store=&cclcl=en_US) / TASER X26P ()

TASER X26P



TASER X26P
SKU TASERX26P
Availability
Price

--Please Select--

Safer and more effective than the X26E, the TASER X26P is a piece of law enforcement technology that's been improved inside and out to help you act confidently in the field.

Safer and more effective than the X26E, the TASER X26P is a piece of law enforcement technology that's been improved inside and out to help you act confidently in the field.

Details

*Battery sold separately*

**Redesigned with Performance in Mind**
The TASER X26P is our smallest and most compact Smart Weapon, and its ergonomically designed handle is made with ease of performance in mind. The TASER X26P is larger where it matters—in the handle.

**Ready for Reload**
Redesigned from the ground up, the new XPPM helps protect the cartridge blast doors from damage during field use, and the new forward-facing design makes for more efficient reload.

**A Smooth Transition**
With its compact size and familiar shape, the TASER X26P can be conveniently carried. Its intuitive design makes for a smooth transition to the next generation of Smart Weapons.

**The Next Generation**
Similar to previous generations of TASER weapons, the TASER X26P is a single-shot device that does not require replacing inventories of cartridges.

*This weapon does not include TAP (Taser Assurance Plan).*



My Cart

You have no items in your shopping cart.

(/)

TRUST (HTTPS://WWW.AXON.COM/TRUST)

PRIVACY (HTTPS://WWW.AXON.COM/LEGAL/PRIVACY-POLICY)

COMPLIANCE (HTTPS://WWW.AXON.COM/TRUST/COMPLIANCE)

TRADEMARKS (HTTPS://AXON.CDN.PRISMIC.IO/AXON%2FCC3D53D7-10AD-4CF0-B6F3-8D10EA9C27A3_TRADEMARK%2BNOTICE+SEPTEMBER+2019.PDF)

TERMS & CONDITIONS (HTTPS://WWW.AXON.COM/LEGAL/TERMS-OF-USE)

FINANCING ()

The Delta Logo, the Axon & Design Logo, Axon, TASER, Bolt with Circle Logo, and Protect Life are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. Click here for a list of Axon trademarks