# EXHIBIT E - DEFENDANT'S X2 WEBSITE PAGES FOR LAW ENFORCEMENT

(https://buy.axon.com)   🛒 0   👤 LOGIN   Search Products 🔍

TASER AXON TRAINING ACCESSORIES SWAG (/CCRZ__PRODUCTLIST?VIEWSTATE=LISTVIEW&CARTID=&PORTALUSER=&STORE=&CCLCL=EN_US&CATEGORYID=A4AF3000000PMC9AAK)   RESOURCES

Home (/ccrz__HomePage?cartID=&portalUser=&store=&cclcl=en_US)  /  TASER X2 ()

TASER X2



  

TASER X2
SKU taserx2
Availability
Price

--Please Select--

A dependable piece of law enforcement technology, the TASER X2 incorporates agencies' most requested features such as a backup shot, dual lasers, and a warning arc to protect life in the field.

Details | Specs | Additional Resources

*Battery Sold Separately*

**Twice The Confidence**
The TASER X2's backup shot removes any need to manually reload and improves safety and performance in the case of a missed shot or clothing disconnect.

**Laser-Focused**
Dual lasers eliminate any aiming guesswork and enhance accuracy by allowing the user to see exactly where the top and bottom probes will enter a target.

**Arc Of Justice**
The warning arc increases voluntary surrenders and helps stop conflicts from escalating. It issues an audible warning directly over the front of live cartridges.

**Cross-Connect Effect**

Cross-connect improves overall effectiveness by increasing the amount of electricity delivered throughout the muscle mass, resulting in a greater level of incapacitation without supplying an additional charge current.

**Smart Weapon, Smart Catridge**
The static-resistant TASER smart cartridge is more accurate and durable than a standard cartridge, which increases reliability and lowers the risk of accidental discharge.

**\*This handles does not include TAP (Taser Assurance Plan).\***

My Cart

You have no items in your shopping cart.

(/)

TRUST (HTTPS://WWW.AXON.COM/TRUST)

PRIVACY (HTTPS://WWW.AXON.COM/LEGAL/PRIVACY-POLICY)

COMPLIANCE (HTTPS://WWW.AXON.COM/TRUST/COMPLIANCE)

TRADEMARKS (HTTPS://AXON.CDN.PRISMIC.IO/AXON%2FCC3D53D7-10AD-4CF0-B6F3-8D10EA9C27A3_TRADEMARK%2BNOTICE+SEPTEMBER+2019.PDF)

TERMS & CONDITIONS (HTTPS://WWW.AXON.COM/LEGAL/TERMS-OF-USE)

FINANCING ()

The Delta Logo, the Axon & Design Logo, Axon, TASER, Bolt with Circle Logo, and Protect Life are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. Click here for a list of Axon trademarks