CHARLES A. JONES (State Bar No. 6698)
caj@cjoneslawfirm.com
KELLY MCINERNEY (State Bar No. 7443)
kelly@cjoneslawfirm.com
JONES LAW FIRM LLC
9585 Prototype Court, Suite B
Reno, NV 89521
Telephone:   775-853-6440
Facsimile:    775-853-6445

JAMES M. TERRELL (*Pro Hac Vice*)
jterrell@mmlaw.net
J. MATTHEW STEPHENS (*Pro Hac Vice*)
mstephens@mmlaw.net
COURTNEY C. GIPSON (*Pro Hac Vice*)
cgipson@mmlaw.net
METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:   (205) 939-0199
Facsimile:    (205) 939-0399

*Attorneys for Plaintiff and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
RENO DIVISION**

| | |
|---|---|
| **DOUGLAS RICHEY,** on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) **Case No.: 3:19-cv-00192-MMD-CBC**<br>)<br>) |
| v. | ) **JOINT STIPULATION OF DISMISSAL**<br>) **WITH PREJUDICE** |
| **AXON ENTERPRISES, INC.,** formerly d/b/a **TASER INTERNATIONAL, INC.** | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Plaintiff, Douglas Richey ("Plaintiff"), and Defendant Axon Enterprise, Inc., formerly d/b/a TASER International, Inc. ("Axon") (referred to collectively herein as the "Parties"), by and

through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate to the dismissal of all claims pending against Defendant Axon with prejudice, with the parties to bear their own fees and costs.  This case is due to be dismissed in its entirety.

Dated this day of September 29, 2020

JONES LAW FIRM LLC

By: /s/ Charles A. Jones
CHARLES A. JONES
State Bar No. 6698
caj@cjoneslawfirm.com
KELLY MCINERNEY
State Bar No. 7443
kelly@cjoneslawfirm.com
JONES LAW FIRM LLC
9585 Prototype Court, Suite B
Reno, NV 89521
Telephone:	775-853-6440
Facsimile:	775-853-6445

METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.

By: /s/ J. Matthew Stephens
JAMES M. TERRELL
*Pro Hac Vice*
jterrell@mmlaw.net
J. MATTHEW STEPHENS
*Pro Hac Vice*
mstephens@mmlaw.net
COURTNEY C. GIPSON
*Pro Hac Vice*
cgipson@mmlaw.net
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:	(205) 939-0199
Facsimile:	(205) 939-0399

*Attorneys for Plaintiff and Proposed Class*

Dated this day of September 29, 2020

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Kristen L. Martini
KRISTEN L. MARTINI, ESQ.
One East Liberty Street, Suite 300
Reno, NV 89501
Tel: 775.823.2900
Fax: 775.823.2929
kmartini@lrrc.com

J. CHRISTOPHER JORGENSEN
BRIAN DOUGLAS BLAKELY
ADRIENNE BRANTLEY-LOMELI, ESQ.
3993 Howard Hughes Pkwy., Ste 600
Las Vegas, NV 89169
Tel: 702-474-8200
cjorgensen@lrrc.com
Bblakley@lrrc.com
abrantley-lomeli@lrrc.com

AXON ENTERPRISE, INC.
By: /s/ Amy Nguyen
PAMELA B. PETERSEN, ESQ.
AMY L. NGUYEN, ESQ. (*Pro Hac*)
17800 N. 85th Street
Scottsdale, AZ 85255
Tel: 623.326.6016
Fax: 480.905.2027
ppetersen@axon.com
amynguyen@axon.com
legal@axon.com

*Attorneys for Defendant*

CASE DISMISSED. IT IS SO ORDERED.

Dated: 9/29/2020

_____
U.S. DISTRICT JUDGE

/s/ Belinda Watson
BELINDA WATSON

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE